UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK

---------------------------------------------------------------- x

**AGENCE FRANCE PRESSE,**

            **Plaintiffs,**

- v. -

**DANIEL MOREL,**

            **Defendant and**
            **Counterclaim Plaintiff**

- v. --

**AGENCE FRANCE PRESSE,
GETTY IMAGES, INC., CBS, INC.,
ABC, INC., TURNER BROADCASTING,
INC. and (AFP and Getty Licensees et. al).**

            **Counterclaim Defendants**

Case No. 10-cv-2730 (WHP)

ECF Case

**NOTICE OF APPEARANCE**

---------------------------------------------------------------- x

      PLEASE TAKE NOTICE that JAMES ROSENFELD and DEBORAH A. ADLER, attorneys with DAVIS WRIGHT TREMAINE LLP, hereby request that the Court enter their appearance as attorneys for Defendant GETTY IMAGES, INC.[1] in the above-captioned proceeding, and request that notice of all matters arising herein, and all documents and papers served or filed in this case, be served on the attorneys at the below address.

Dated: New York, New York
       May 13, 2010

                                        Respectfully submitted,
                                        DAVIS WRIGHT TREMAINE LLP

                                        By: /s/ James Rosenfeld
                                            James Rosenfeld (JR 2256)
                                            Deborah A. Adler (DA 0909)
                                            1633 Broadway
                                            New York, New York 10019
                                            (212) 489-8230

                                        *Attorneys for Defendant Getty Images (US), Inc.*

---

[1] Getty Images notes that Defendant Daniel Morel has asserted claims against the wrong corporate entity. Getty Images (US), Inc. licenses images from contributors and partners and licenses those images out to customers. Its parent company, Getty Images, Inc., does not. Getty Images reserves this objection.

DWT 14694232v1 0053349-000076