UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------- X

AGENCE FRANCE PRESSE,

        Plaintiff,

V.

DANIEL MOREL

        Defendant and Counterclaim
        Plaintiff,

V.

AGENCE FRANCE PRESSE,

        Counterclaim Defendant,

And

GETTY IMAGES (US), INC., CBS BROADCASTING
INC., ABC, INC., TURNER BROADCASTIN, INC.
ND (AFP and Getty Licensees does 1 – et al.)

        Third Party Counterclaim
        Defendants.

----------------------------------------------------------------- X

Case No. 10-cv-2730 (WHP)



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/9/2010

RECEIVED
AUG – 4 2010
CHAMBERS OF
WILLIAM H. PAULEY
U.S.D.J.

### STIPULATION FOR VOLUNTARILY DISMISSAL ON THE RULE 41

Comes now the Plaintiff Agence France Presse and pursuant to Rule 41(a)(1)(A)(ii) by stipulation, hereby dismisses with Prejudice, Count II Commercial Defamation, of its Complaint. Defendant Daniel Morel stipulates to the dismissal. Agence France Presse's Count I and Mr. Morel's Answer unrelated to Count II and Counter Claims are unaffected by this dismissal.

SO ORDERED:

_____
WILLIAM H. PAULEY III U.S.D.J.

august 6, 2010

Respectfully submitted on August ___, 2010

VENABLE LLP

By: _____
Joshua Kaufman, Esquire
575 7th Street, N.W.
Washington, DC 20004-1601
(202) 344-4000
*Attorney for Plaintiff-Counterclaim Defendant Agence France Presse and Counterclaim Defendant Turner Broadcasting, Inc.*

THE HOFFMAN LAW FIRM

By: _____
Barbara Hoffman, Esquire
330 West 72nd Street
New York, NY 10023
(212) 873-6200
*Attorney for Defendant/Counterclaim Plaintiff Daniel Morel*

_____
U.S.D.J.