UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

AGENCE FRANCE PRESSE,

                Plaintiff,

      -against-

DANIEL MOREL,

                Defendant,

      -against-

GETTY IMAGES, INC., et al.,

                Counterclaim
                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

10 Civ. 2730 (WHP)(MHD)

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/5/2010
```

       The above entitled action is referred to the Clerk of the Court for assignment to a Magistrate Judge. The purpose(s) for reference is/are the following:

| | |
|---|---|
| ____ General Pretrial (including scheduling, discovery, non-dispositive pretrial motions, and settlement) | ____ Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| ____ Specific Non-Dispositive Motion/Dispute*<br><br>Discovery Dispute | ____ Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)<br><br>Purpose:_____ |
| If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | ____ Habeas Corpus |
| __X__ Settlement* | ____ Social Security |
| ____ Inquest After Default/Damages Hearing | ____ Dispositive Motion (i.e., motion requiring a Report and Recommendation)<br><br>Particular Motion:<br>    Motion for a Default Judgment<br><br>All such motions: ____ |

==================================================================

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:  October 5, 2010
             New York, New York

                                                      UNITED STATES DISTRICT JUDGE
                                                      WILLIAM H. PAULEY III

*Counsel of Record:*

Joshua J. Kaufman, Esq.
Venable LLP
1270 Avenue of the Americas
New York, NY 10020
*Counsel for Plaintiff Agence France Presse*
*and Counterclaim Defendant Turner Broadcasting Inc.*

Barbara T. Hoffman, Esq.
The Law Office of Barbara Hoffman
330 West 72nd Street
New York, NY 10023
*Counsel for Defendant Daniel Morel*

James E. Rosenfeld, Esq.
Davis Wright Tremaine LLP
1633 Broadway
New York, NY 10019
*Counsel for Counterclaim Defendants Getty Images, Inc.*
*and CBS Broadcasting Inc.*

Robert Penchina, Esq.
Levine, Sullivan, Koch & Schulz, LLP
321 West 44th Street, Suite 510
New York, NY 10036
*Counsel for Counterclaim Defendant ABC, Inc.*

*Copy mailed to:*

Hon. Michael H. Dolinger