UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
AGENCE FRANCE PRESSE,                :
                                     :
                    Plaintiff,       :      **ORDER**
                                     :
        -against-                    :      10 Civ. 2730 (WHP) (MHD)
                                     :
Daniel MOREL, et al.,                :
                                     :
                    Defendants.      :
                                     :
-------------------------------------X
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

On September 12, 2011, plaintiff moved for a protective order with respect to depositions. It is hereby **ORDERED** that a response, if any, to plaintiff's motion, shall be filed no later than **FRIDAY, SEPTEMBER 16, 2011.**

Dated: New York, New York
       September 13, 2011

                                            SO ORDERED.

                                            MICHAEL H. DOLINGER
                                            UNITED STATES MAGISTRATE JUDGE

Copies of the foregoing Order have been faxed this date to:

Barbara T. Hoffman, Esq.
The Law Office of Barbara Hoffman
330 West 72nd Street
New York, NY 10023
Fax: (212)-974-7245

Joseph T. Baio, Esq.
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019
Fax: (212) 728-9203

James Eric Rosenfeld, Esq.
Davis Wright Tremaine LLP (NYC)
1633 Broadway
New York, NY 10019
Fax: 212-489-8340

Joshua J. Kaufman, Esq.
Meaghan Hemmings Kent, Esq.
Venable LLP (NYC)
1270 Ave of the Americas
New York, NY 10020
Fax: 202 344-8300