UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
AGENCE FRANCE PRESSE,                    :

          Plaintiff,                 :     10 Civ. 2730 (WHP)

      -against-                                :     ORDER

DANIEL MOREL,                            :

          Defendant,                 :

      -against-                                :

GETTY IMAGES, INC., et al.,              :

          Counterclaim               :
          Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/21/11
```

WILLIAM H. PAULEY III, District Judge:

       The parties are directed to submit a joint status report regarding this matter by December 2, 2011.

Dated: November 18, 2011
       New York, New York

                        SO ORDERED:

                        WILLIAM H. PAULEY III
                              U.S.D.J.

*All Counsel of Record*