# THE HOFFMAN LAW FIRM

330 WEST 72ND STREET

NEW YORK, N.Y. 10023

TELEPHONE: 212 873 6200  
FACSIMILE: 212 974 7245

BARBARA T. HOFFMAN  
artlaw@mindspring.com

December 8, 2011

*Application granted. The conference scheduled for Dec. 21, 2011 is adjourned to Jan. 13, 2012 at 11:15 a.m. The parties are directed to submit pre-motion letters by Jan. 6, 2012. SO ORDERED:*

*WILLIAM H. PAULEY III U.S.D.J. 12/13/11*

**Via Messenger**

Honorable Judge William H. Pauley III  
United States District Judge  
Daniel Patrick Moynihan  
United States Courthouse, Courtroom 11D  
500 Pearl Street  
New York, NY 10007

Re:  *Agence France Presse v. Daniel Morel*, No. 10-cv-2730 (WHP) (MHD) (SDNY)

Dear Judge Pauley:

I represent the defendant and counterclaim-plaintiff Daniel Morel in the above-captioned case.

This afternoon, I received a scheduling order with respect to a pre-motion conference on a motion for summary judgment anticipated in this action by all parties for December 21st. Mr. Kaufman has informed counsel via e-mail that he is not available on December 21st, and I am also not in New York City on that date, or for the entire week of December 19th based on long-standing commitment out of the city.

I have attempted to contact other counsel to find a suitable date and while I have not yet heard from Mr. Kaufman, it appears that both Mr. Rosenfeld and I are available at any time on December 27th. I am also available the rest of that week, but Mr. Rosenfeld is not available.

<u>I would therefore respectfully request that the conference scheduled for December 21st, be adjourned to a mutually acceptable time to the Court and counsel.</u>

Respectfully submitted,

Barbara Hoffman

cc:  Joshua Kaufman  
     James Rosenfeld

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #: _____  
DATE FILED: 12/14/11