UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
AGENCE FRANCE PRESSE,          :

        Plaintiff,     :   10 Civ. 2730 (WHP)

  -against-                   :   <u>ORDER</u>

DANIEL MOREL,                  :

        Defendant,     :

  -against-                   :

GETTY IMAGES, INC., et al.,    :

        Counterclaim   :
        Defendants.
------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/18/12
```

WILLIAM H. PAULEY III, District Judge:

       This Court having held a pre-motion conference on January 13, 2012, the following schedule is established on consent:

    1. The parties shall exchange evidence they intend to rely on in their Joint Statement of Undisputed Material Facts pursuant to Rule 56.1 ("Joint 56.1 Statement") by March 5, 2012;

    2. The parties shall submit their Joint 56.1 Statement to the Court by April 5, 2012;

    3. The parties shall submit any letter regarding issues with the Joint 56.1 Statement by April 5, 2012; and

4. The Court will hold a teleconference on April 20, 2012 at 3:00 p.m. to address any issues raised in the parties' April 5, 2012 letters and to set a briefing schedule.

Dated: January 17, 2012
  New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.

*All Counsel of Record*