# EXHIBIT X

CONFIDENTIAL - ATTORNEYS' EYES ONLY

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------x

AGENCE FRANCE PRESSE,

                   Plaintiff,

        vs.              CASE NO. 10-CV-2730-WHP

DANIEL MOREL,

     Defendant and Counterclaim Plaintiff.

        vs.

AGENCE FRANCE PRESSE,

           Counterclaim Defendant,

             and

GETTY IMAGES (US), INC., CBS BROADCASTING, INC.,
ABC, INC., TURNER BROADCASTING SYSTEMS INC., THE
WASHINGTON POST COMPANY and (AFP and Getty Licensees
does 1 - et al.,

        Third-Party Counterclaim Defendants.
-------------------------------------------------x

       *** C O N F I D E N T I A L ***

        ATTORNEYS' EYES ONLY

      Videotaped deposition of Agence
France Press, By GILLES TAROT, taken by
Joseph Baio, before Elizabeth Santamaria,
Certified Court Reporter, at the Law Offices
of Willkie Farr & Gallagher, 787 Seventh
Avenue, New York, New York, on Thursday,
September 15, 2011, beginning at 6:21 p.m.
and ending at 8:11 p.m.

80779061-5968-4cbb-9476-2a06df4141d7

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 24

1              Attorneys' Eyes Only - Tarot

2     Reference."  What is that referring to?

3           A.     It is the ID of the photo.

4           Q.     The ID that's generated by AFP's

5     computer system?

6           A.     Yes.

7           Q.     Is it a picture reference that is

8     unique to the sale or is it unique to the image or

9     something else?

10          A.     It's unique to the image.

11          Q.     And --

12          A.     There is no different number for

13    sales or -- I mean there is a unique ID per picture.

14          Q.     And what is your understanding as to

15    the number of pictures that were licensed or sold by

16    AFP that were Daniel Morel pictures?

17          A.     My understanding is eight pictures.

18          Q.     So there should be only eight unique

19    numbers here, correct?

20          A.     Correct.  Except that in 2010 when

21    this photo were numbered, AFP had two way of

22    numbering the photo.  We had -- we were making the

23    difference between realtime and archiving using the

24    same numbers.  So when you see the same number with

25    a "TR" in front of the number, it means it's a

80779061-5968-4cbb-9476-2a06df4141d7

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 25

1                 Attorneys' Eyes Only - Tarot

2    realtime photo.  But it's the same ID following this

3    TR.  Just TR.  Two letters.

4         Q.    So that with that exception, there

5    should only be eight unique numbers?

6         A.    Correct.

7         Q.    And what is the next column, download

8    request date and GMT time?

9         A.    It's the time where the photo was

10   downloaded by a particular client listed in column 5

11   or -- with the login listed in column 3 and the time

12   of the download.

13        Q.    And when you say the time of the

14   download, what actually occurred at the time that's

15   indicated?  Was it a right click?  Was it an order?

16   Was it a filled order?

17        A.    It's a download that allows the

18   customer to download the picture file.

19        Q.    And how do customers -- how did

20   customers do that in January of 2010?

21        A.    They click on the icon on our

22   database associated with the product.  So until they

23   do that, they just view the photo but they cannot

24   reuse it.

25        Q.    And where do they -- where do they

80779061-5968-4cbb-9476-2a06df4141d7

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 26

 1              Attorneys' Eyes Only - Tarot
 2    log onto in order to see the images?
 3         A.     They log on a password-protected
 4    platform called Image Forum.
 5         Q.     And what is their first interface?
 6    Is it on AFP.com or is it some other URL?
 7         A.     The first -- the only URL that we
 8    have is AFP.com.  It's Image Forum.com.  AFP.com is
 9    just an institutional website presenting the
10    activities and products of AFP, but it doesn't give
11    any view or access to products, just a few samples.
12         Q.     Can you through AFP.com access by
13    applying the password the Image --
14              I'm sorry, I forgot the name of it.
15         A.     Image Forum.
16              There is a link on AFP.com where you
17    can click and you can -- you are redirected to the
18    Image Forum login page where you enter your login
19    and password.
20         Q.     So on Image Forum the user has to
21    check in beforehand and if that user downloads the
22    image, there will be an automatic billing process?
23         A.     Not an automatic billing process.  It
24    will be downloading process and then we have to do
25    billing separately.

80779061-5968-4cbb-9476-2a06df4141d7

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 45

1           Attorneys' Eyes Only - Tarot

2        Exhibit 2 a similar document with Bates

3        numbers 921 to 926, this multi-page

4        document with "Lisandro Suero" as the

5        title.

6               (Tarot Exhibit 2, pages bearing Bates

7        Nos. AFP000921 - AFP000926, marked for

8        identification.)

9        Q.     What is Tarot Exhibit No. 2?

10       A.     So it's the equivalent document of

11  document number 1, but for photos it identify under

12  the name of Lisandro Suero.

13       Q.     And it's providing the same

14  information for such images; is that correct?

15       A.     Correct.

16       Q.     Just looking at 1 -- Tarot 1 and

17  Tarot 2, you will notice that there are a number of

18  sales on January 13 of some images that were

19  entitled or credited to Lisandro Suero and others

20  that were credited to Daniel Morel, correct?

21       A.     Correct.

22       Q.     And does that lead you to conclude

23  that simultaneously AFP was making available some

24  images that had Lisandro Suero's name on them and

25  others that had Daniel Morel's name on them?

80779061-5968-4cbb-9476-2a06df4141d7

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 46

1              Attorneys' Eyes Only - Tarot

2         A.    My understanding is that there have

3    been a change of credit and that if those images

4    were sold or downloaded first under Daniel --

5    under --

6              I don't remember which one was first.

7    It was probably --

8              MR. KAUFMAN:  Suero.

9         A.    -- Suero.

10             13.  Yeah, only 13.  And then --

11   yeah, because we have 14 here.  And then the photos

12   were recaptioned -- were recredited with the name of

13   Daniel Morel, so that's why we have the same photo

14   on two different charts.

15        Q.    Well, let's take that one step at a

16   time.

17             The "Document Picture Reference"

18   identified in the Lisandro Suero chart, what is that

19   referring to?

20        A.    The first column?

21        Q.    Yes.

22        A.    Is the unique ID of that photo.

23        Q.    And is it your understanding that

24   when there was the caption change, that the unique

25   number stayed the same for those images?

80779061-5968-4cbb-9476-2a06df4141d7

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1              Attorneys' Eyes Only - Tarot

2         A.    No.  And the proof is they have

3    different numbers.

4         Q.    So that is it your understanding that

5    when the change occurred, a new number was provided

6    for the images?

7         A.    Correct.

8         Q.    And the new number appears on the

9    Daniel Morel side and the old number appears on the

10   Lisandro Suero side?

11        A.    It's supposed to be a unique ID, but

12   you can see that you have like Washington on one

13   side and you have Paris.  So I think when they

14   recredited the images, it was done by two different

15   desks.  So that's why the first two letters of the

16   number were changed depending on which desk is the

17   credit, between Washington and Paris.  But each --

18   but each photo should be so there should be a link

19   between the two because the photo was supposed to

20   have the same ID.

21        Q.    Well, looking at these two charts,

22   can you tell me which identical image appears on

23   Tarot 2 and Tarot 1?

24        A.    No, because I'm not -- I don't know

25   how those unique numbers works and how they are

80779061-5968-4cbb-9476-2a06df4141d7

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 48

1             Attorneys' Eyes Only - Tarot

2    created, so I have no idea how they connect.

3          Q.    And is it your understanding that

4    there were only eight Lisandro Suero images that

5    were sold or marketed by AFP?

6          A.    My understanding is there was seven

7    so there was one less than the Morel.

8          Q.    So there should only be seven

9    distinct numbers, leaving aside the TR indication --

10         A.    Correct.

11         Q.    -- on the Lisandro Suero chart,

12   correct?

13         A.    Correct.

14         Q.    And did you check to see that that's

15   accurate?

16         A.    Yes.  I think that's accurate.

17         Q.    Now, if you look at the first page of

18   the Lisandro Suero chart -- let's go one, two,

19   three, four, five, six, seven down.

20              It appears that that image,

21   TRWas2801353, was downloaded at 1/14/2010 9:59 GMT.

22   Correct?

23         A.    Correct.

24         Q.    Now, is it your understanding that

25   all of the images of the Lisandro Suero had a credit

80779061-5968-4cbb-9476-2a06df4141d7

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 49

```
1                 Attorneys' Eyes Only - Tarot
2    change prior to that time?
3          A.    Correct.
4          Q.    If it had a credit change prior to
5    that time, how is it that there is a sale of an
6    image credited to Lisandro Suero after the credit
7    change occurred?
8          A.    That's a very good question, and I
9    had the same question so I checked.
10               And the reason is because those two
11   sales of the 14th of January are under the TR code
12   and when the person did initially the change of
13   credit, they change it in the editorial system and
14   not in the archiving system.
15         Q.    So does that mean that it's simply a
16   mistake?
17         A.    So it just means that they didn't
18   change the credit in the both database at the same
19   time.  They did it later, and that's why you have
20   two sales on the 14th of those images.
21         Q.    On the 14th?
22         A.    14th.
23         Q.    So is it your understanding that all
24   of the times, leaving aside those two downloads,
25   that appear on the Lisandro Suero chart are dated
```

80779061-5968-4cbb-9476-2a06df4141d7

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 50

1                   Attorneys' Eyes Only - Tarot

2     and timed prior to the Daniel Morel chart?

3            A.     Correct.

4            Q.     And did you check that?

5            A.     Yes.  I mean they are all coming

6     after.

7            Q.     Well, let's take just the ones at the

8     top.

9                   The download request date and GMT

10    time for the first image on the Lisandro Suero chart

11    is 1/13/2010 at 14:12.  Do you see that?

12           A.     Okay.

13           Q.     Now, you wouldn't expect to see a

14    sale of a Daniel Morel image prior to that time,

15    correct?

16           A.     Correct.

17           Q.     And if you look at the first sale on

18    the Daniel Morel chart, there is indeed a download

19    request date and GMT time that precedes that, am I

20    right?

21           A.     Those TR photos, all the TR photos

22    have not been -- the credit has not been changed at

23    the same time as those photos identified under Was.

24    So it might happen that all those photos identified

25    under the TR ID might be actually after the download

80779061-5968-4cbb-9476-2a06df4141d7

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 51

1          Attorneys' Eyes Only - Tarot
2   of the photo from Daniel Morel.  But all the
3   Washington credited photos should not.  And I think
4   they are not if you look at all the time.  I don't
5   see any -- I think that's correct.
6          Q.    When you checked these charts, did
7   you find any other items or aspects of the charts
8   that made you wonder why the differences existed?
9   Like you looked at the January 14th event, you told
10  me, and tried to figure out why it was and you think
11  you did figure out why it was that there could be a
12  January 14th download of a Lisandro Suero image.
13  Were there any other anomalies that you identified?
14          A.    I checked, you know, all the columns
15  and I looked at the figures and they seem to be
16  accurate.  So that was the main two things that I
17  noticed, because at first I didn't understand the
18  difference between the two charts.
19          Q.    I see.
20               And you found no other anomalies as
21  you looked at this in preparation for today's
22  deposition?
23          A.    Not as I can remember.  I think I
24  have answers to all my questions so they were the
25  main two -- the main one issue I had.

80779061-5968-4cbb-9476-2a06df4141d7

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 52

1                    Attorneys' Eyes Only - Tarot

2           Q.      And the total for Lisandro Suero

3     sales, that is sales of images attributed to

4     Lisandro Suero, are they identified in the final

5     page of Exhibit 2?

6           A.      Correct.

7           Q.      And that was $7,417.70?

8           A.      Correct.

9           Q.      Using the same Euro conversion rate,

10    correct?

11          A.      Correct.

12                  MR. BAIO:  All right, let's take a

13          couple of minutes.

14                  MR. KAUFMAN:  Okay.

15                  THE VIDEOGRAPHER:  The time is 7:23

16          and we are going off the record.

17                  (Recess taken.)

18                  THE VIDEOGRAPHER:  The time is 7:34

19          and we are back on the record.

20          Q.      You understand that you are still

21    under oath, correct?

22          A.      Yes.

23          Q.      Looking back again at item 11 about

24    which you are the representative, I think you had

25    mentioned that in conjunction with a distribution or

80779061-5968-4cbb-9476-2a06df4141d7

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 53

1                Attorneys' Eyes Only - Tarot

2       sale of images that there are contractual

3       requirements that AFP clients who acquire images

4       from AFP must follow.  Is that correct?

5            A.     Correct.

6            Q.     And do those requirements, as you

7       understand them, include crediting the images in a

8       certain way that are required from AFP?

9            A.     Correct.

10           Q.     And the crediting would or the

11      arrangements with the clients would require that

12      they identify in the credit AFP, correct?

13           A.     Yes.

14           Q.     And if it's AFP and Getty that they

15      get it from, they must identify AFP and Getty; is

16      that correct?

17           A.     Correct.

18           Q.     And it's your experience that

19      acquirers of the image understand they must do that?

20           A.     It's contractual and it's a clause in

21      all of our contracts.

22           Q.     And AFP considers that important?

23           A.     Very important.

24           Q.     And why is that?

25           A.     We are content producers so the

80779061-5968-4cbb-9476-2a06df4141d7

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 54

```
 1              Attorneys' Eyes Only - Tarot
 2    copyright is very important for us.
 3         Q.     And the copyright credits in the
 4    hands of your clients are also very important to
 5    AFP?
 6         A.     Correct.
 7         Q.     And you want to make sure that there
 8    is an indication that the images are AFP content,
 9    correct?
10         A.     Correct, or partners' content.
11         Q.     And if it's partners' content, both
12    are to be identified; is that correct?
13         A.     Correct.
14         Q.     And does AFP take steps to monitor
15    the clients follow that contractual obligation?
16         A.     With the new software and with the
17    new tools that we are implementing it's one of our
18    objectives, although it's not 100 percent followed
19    by clients.  You have clients that for certain
20    reasons might forget the credit or might not --
21    might forget sometimes Getty credit or it also
22    happens for our partners when we have a change.  So
23    it's our task in the sales team to remind our
24    clients to follow crediting and copyright notice.
25         Q.     And that is important to AFP?
```

80779061-5968-4cbb-9476-2a06df4141d7

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 55

```
 1                  Attorneys' Eyes Only - Tarot
 2          A.      Very important.
 3          Q.      And independent from image
 4   recognition, since at least January of 2010 did AFP
 5   monitor its clients' use of content that was secured
 6   from AFP to see that that crediting was being
 7   followed?
 8          A.      It's a task that is requested to our
 9   sales team.
10          Q.      And the task is that if it turns out
11   that it is not properly credited to AFP, the sales
12   team should alert the clients that it should do
13   that?
14          A.      Correct.
15          Q.      Now, you also mentioned a watermark
16   on images.
17          A.      On the database.
18          Q.      Okay.  And on the database, what
19   database are you referring to that contains a
20   watermark?
21          A.      Image Forum as well as Getty Images
22   database.
23          Q.      And on Image Forum, what watermark
24   appears on the images that are being marketed or
25   sold by AFP?
```

80779061-5968-4cbb-9476-2a06df4141d7

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 56

1               Attorneys' Eyes Only - Tarot

2          A.    I think "Image Forum."

3               I'm hesitating between "Image Forum"

4   and "AFP."  I think it's "Image Forum."

5          Q.    So that what the watermark says is

6   "Image Forum"; it doesn't say "AFP"?

7          A.    I'm not so sure it says AFP.  I think

8   on Getty it says AFP.

9          Q.    On Getty's feed or --

10          A.    On Getty database the watermark on

11   AFP photos is a logo of AFP.  On AFP database, which

12   is Image Forum, I think the watermark is "Image

13   Forum" which is the database brand name of AFP.

14          Q.    And AFP has trademarked that image;

15   correct?

16          A.    Correct.

17          Q.    So far as you understand?

18          A.    Correct.

19          Q.    And so far as you understand, people

20   who would see that watermark would understand that

21   it's AFP-related?

22          A.    Correct.

23               I would have to check whether this is

24   Image Forum.  It might be AFP.  I'm not 100 percent

25   sure.

80779061-5968-4cbb-9476-2a06df4141d7

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 57

1                    Attorneys' Eyes Only - Tarot

2          Q.      And when the images originate from

3    AFP but then are partnered and sold with Getty, does

4    the watermark just say "AFP" or does it say

5    "AFP/Getty"?

6          A.      There is only one watermark.

7          Q.      And that's AFP?

8          A.      Or Image Forum.

9          Q.      I see.

10         A.      The purpose of the watermark is to

11   prevent people to use the photo and reuse them

12   without a license, because the watermark disappear

13   when you have the -- when you are a subscriber and

14   when you download the photo.

15         Q.      And does the watermark also help to

16   indicate the copyright credit?

17         A.      The watermark, I don't think so.

18   It's just to protect the image file.  But all the

19   metadata of the photo are on the side of the photo.

20   On the side of the photo, including the credit.

21         Q.      And that's required?

22         A.      Yeah, it's required.

23         Q.      Now, are there other sources of

24   income or payment that AFP received in connection

25   with the Lisandro Suero or the Daniel Morel images?

80779061-5968-4cbb-9476-2a06df4141d7

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 58

1              Attorneys' Eyes Only - Tarot

2        A.      No direct income.

3        Q.      And what are the sources of indirect

4    income?

5        A.      That would be the wire, the photo

6    wire.

7        Q.      Let's go through the list and see if

8    there is additional data.

9        A.      Okay.

10       Q.      So looking at number 11, do you

11   know -- does AFP know how many subscribers

12   downloaded the Lisandro Suero or Daniel Morel

13   designated or credited images?

14       A.      Yes.

15       Q.      How many?

16       A.      How many subscribers?

17       Q.      Yes.

18       A.      All those that are listed here.

19       Q.      Those are only the a la carte

20   subscribers, correct?

21       A.      Correct.

22       Q.      Is there any records that AFP has --

23              First of all, does AFP know how many

24   of its other subscribers downloaded the Lisandro

25   Suero designated images?

80779061-5968-4cbb-9476-2a06df4141d7

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 65

1                  Attorneys' Eyes Only - Tarot

2          A.     Correct.

3          Q.     And the images that come through,

4     there are contractual arrangements with those photo

5     subscribers as to how they must credit the images,

6     correct?

7          A.     Correct.  Same requirement as for the

8     other subscribers.

9          Q.     Okay.  Now when you say full photo

10    subscribers, are there other kinds of photo

11    subscribers?  Leaving aside the a la carte.

12         A.     No.

13         Q.     I have seen where AFP has claimed as

14    many as 3,000 worldwide subscribers.  Does that

15    number sound familiar to you?

16         A.     For global services, yes.

17         Q.     So you were referring to the 500 when

18    you said -- when you were referring to approximately

19    500?

20         A.     Correct.

21         Q.     -- clients you were referring to

22    which market?

23         A.     I'm referring to the subscribers

24    receiving the full photo wire.

25         Q.     Worldwide?

80779061-5968-4cbb-9476-2a06df4141d7

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 66

```
 1                 Attorneys' Eyes Only - Tarot
 2          A.      Worldwide.
 3          Q.      So what does the 3,000 subscribers
 4   worldwide number refer to?
 5          A.      The total number photo clients.
 6          Q.      So that would include --
 7          A.      All the a la carte clients and we
 8   have a lot of a la carte subscribers that have
 9   contracts with us, but there is certain months where
10   they don't download photo.  There are small packages
11   for subscribers who need very limited number of
12   photos and those clients don't want to subscribe to
13   a full wire.
14          Q.      And if you were to total those
15   subscribers during this period to the number 500,
16   what number do you come up with?
17          A.      I'm sorry.  Again?
18          Q.      So far you have identified
19   approximately 500 full photo subscribers from
20   December 2009 through February of 2010.
21          A.      Correct.
22          Q.      Approximately.  Now there is this
23   group of other more sporadic subscribers.
24          A.      They are a la carte clients.
25          Q.      Yes.  And what is the number during
```

80779061-5968-4cbb-9476-2a06df4141d7

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 67

1                 Attorneys' Eyes Only - Tarot

2      that relevant period?

3             A.    That would be the difference, the

4      2500.

5             Q.    Okay.  So it's about 2500?

6             A.    Yes, yes.

7             Q.    And are there any other customers or

8      clients or licensees of AFP content besides that

9      3,000 number?

10            A.    No.  They are those that supply the

11     text or video or graphics.

12            Q.    Does that include partners as well?

13     That is, the number you've identified.

14            A.    Correct.

15            Q.    And the business records and

16     knowledge of business records and sales for the

17     period December 2009 through February 2010, that's

18     number 15, do we have all the records with respect

19     to Lisandro Suero and the Daniel Morel sales during

20     that period?

21            A.    For the a la carte?

22            Q.    Yes.

23            A.    Package, yes.

24            Q.    And you have no idea as the AFP

25     representative how many of the full photo

80779061-5968-4cbb-9476-2a06df4141d7

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 68

1                   Attorneys' Eyes Only - Tarot

2    subscribers used the Daniel Morel or the Lisandro

3    Suero images, correct?

4          A.    No, and I think AFP has no way to

5    know that.

6          Q.    Even now with image recognition is it

7    your testimony that they could not find out how many

8    of its subscribers among let's say first the 500

9    used the image?

10         A.    Well, the technology didn't exist at

11   that time so there is no way to know.

12         Q.    But since it has existed, one can do

13   a search, correct?  You can search your 500

14   subscribers on the Internet and see how many of them

15   have still made available Lisandro Suero or Daniel

16   Morel images, correct?

17         A.    Well, except that those photos have

18   been removed from the Internet, so they completely

19   disappeared from the Internet.

20         Q.    Well, you weren't here for the

21   deposition.  In fact, it hasn't disappeared from the

22   Internet.  There are hundreds of sites that have

23   those images with those credits.

24               Has there been any attempt by AFP to

25   determine how many of its subscribers still have the

80779061-5968-4cbb-9476-2a06df4141d7

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 69

1              Attorneys' Eyes Only - Tarot

2    Daniel Morel or the Lisandro Suero images on their

3    websites?

4          A.     There have been requests from our

5    legal team to contact a limited number of clients.

6    That was a long time ago and we contacted those

7    clients that had still all the pages in the

8    archives.

9          Q.     And did you participate in that?

10         A.     I did.

11         Q.     And whom did you contact?

12         A.     There were probably less than ten

13   clients.  There were probably like I think it's six

14   or seven clients.

15         Q.     And did you ever confirm that the

16   other 490 clients or so did not use the images on

17   their website?

18         A.     So far we were not alerted that they

19   were using the photo so we didn't have a reason to

20   contact them because they had all the information in

21   our database and the photos had been removed.

22         Q.     So no contact was made to those

23   individuals, other entities that are subscribers who

24   may still have the images on their website?

25         A.     Well, they have been contacted

80779061-5968-4cbb-9476-2a06df4141d7

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 70

1              Attorneys' Eyes Only - Tarot
2    through our editorial kill.
3         Q.    And did anyone talk to you about that
4    editorial kill?  That is, any of the clients who
5    received it.
6         A.    Yes.  They were also informed that we
7    have embargoes or kill in our feed and they have to
8    stick to those information that they receive in
9    their feed.
10        Q.    I'm asking a different question.  Did
11   any subscribers or clients contact you on that
12   subject?  That is, the Daniel Morel -- the kill on
13   the Daniel Morel images.  Did anyone contact you
14   personally?
15        A.    They replied to our request.  For the
16   few clients that we contact to remove the photo from
17   the archive, they confirmed to us that they had
18   removed the images.
19        Q.    And did you or anyone at AFP confirm
20   that they had in fact removed the images?
21        A.    We had in the sales team to confirm
22   to our legal that those clients that we were
23   instructed to contact had effectively removed those
24   images.
25        Q.    And did people in your departments or

80779061-5968-4cbb-9476-2a06df4141d7

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 71

1              Attorneys' Eyes Only - Tarot

2     group actually do that?

3          A.    Yes.

4          Q.    And who were the entities that -- the

5     six or seven that you identified, who were those

6     entities?

7          A.    One of them was, for example, the

8     National Post in Canada, which is a client, which is

9     actually not a direct client of us because they are

10    served by Getty Images.  They are delivered and

11    monitored by Getty images.

12              Newsweek was one of them.

13              I remember those because they are big

14    clients.  And we also contacted Getty to ensure that

15    they were also doing the proper contact with them.

16         Q.    And did you --

17         A.    Because legally they were not under

18    contract with us, they were under contract with

19    Getty.

20         Q.    Did you confer with people at Getty

21    on that subject?

22         A.    Correct.

23         Q.    Who?

24         A.    My counterpart at Getty Images in

25    New York.

80779061-5968-4cbb-9476-2a06df4141d7

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 72

1                    Attorneys' Eyes Only - Tarot

2          Q.      And what is his name?

3          A.      Her name is Katie Calhoun.

4          Q.      And Ms. Calhoun, did she say that she

5    was undertaking on behalf of Getty Images to contact

6    those who had acquired the images through Getty?

7          A.      She replied to me that she was very

8    aware of the situation and they had taken proper

9    action to ensure that those images were removed by

10   those clients.

11         Q.      When did she do that?

12         A.      I think it was around -- my e-mail

13   was around November 2010.

14         Q.      So that was almost nine months after?

15         A.      That was after we were requested to

16   do additional action and my understanding was that

17   that was intended for pages that had been archived

18   by those clients that didn't remove the content.

19         Q.      And did Ms. Calhoun tell you in words

20   or substance this is AFP's problem, not Getty's

21   problem?

22         A.      No, she never told me that.

23         Q.      Did anyone at Getty Images tell you

24   that?

25         A.      No.

80779061-5968-4cbb-9476-2a06df4141d7

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 73

1                    Attorneys' Eyes Only - Tarot

2          Q.     Who else did you contact and when?

3     Were these contacts all made in November of 2010?

4          A.     Those?

5          Q.     The six or seven?

6          A.     Yes.

7          Q.     And do you remember who else it is

8     besides the National Post, Newsweek and Getty?

9          A.     The Huffington Post.

10                 I apologize for my accent.

11         Q.     Did you make that contact?

12         A.     No.  That was Getty.

13         Q.     What other contacts did AFP do, so

14    far as you know, in that time period?

15         A.     By my team?

16         Q.     Yes, your team.

17         A.     That was all.

18         Q.     And are there correspondence that

19    reflect those contacts?

20         A.     Yes.

21         Q.     Do you know if it's been produced,

22    that correspondence?

23         A.     Yes.

24         Q.     Now, have you seen in connection with

25    some of these images the indication

80779061-5968-4cbb-9476-2a06df4141d7

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 74

1              Attorneys' Eyes Only - Tarot

2    "AFP/Getty/Morel" or something like that?

3          A.    No, I haven't seen that.

4          Q.    Have you seen "AFP/Morel"?  With

5    respect to these images.

6          A.    No.

7          Q.    Have you seen "AFP/Lisandro Suero" or

8    "Suero"?

9          A.    No.

10         Q.    What credits have you seen in

11   connection with the images that are identified in 1

12   and 2, copyright credits?

13         A.    I've seen AFP and name of the

14   photograph -- AFP stringer actually.

15              THE VIDEOGRAPHER:  The time is 8:03

16         and we are going off the record.

17              (Recess taken.)

18              THE VIDEOGRAPHER:  The time is 8:06

19         and this begins tape number 2 of the

20         videotaped deposition of Gilles Tarot.

21         Q.    You understand you are still under

22   oath, correct?

23         A.    Correct.

24         Q.    Now, you were referring to a credit

25   that you recall seeing in connection with either the

80779061-5968-4cbb-9476-2a06df4141d7

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 75

Attorneys' Eyes Only - Tarot

1    Morel-designated images or the Lisandro Suero images

2    and what you said was AFP stringer?

3

4          A.    On our database I saw AFP stringer

5    and the name of the photographer.

6          Q.    Morel?

7          A.    Or Lisandro.

8          Q.    Or Lisandro.  And that's on AFP's

9    database?

10         A.    Yes.

11         Q.    And what about on the feed to its

12   subscribers?

13         A.    I don't have access to that so I

14   don't know what -- how the photos are credited there

15   but probably the same.

16         Q.    And what is your understanding of

17   what it means as a matter of -- you know, as who

18   owns the copyright when it says "AFP/" and then

19   something follows?

20         A.    It belongs to the one who follows.

21         Q.    It doesn't belong to AFP?

22         A.    When this is another entity, for

23   example, AFP/Getty Images, the photo will be owned

24   by Getty Images.

25         Q.    And not by AFP?

80779061-5968-4cbb-9476-2a06df4141d7

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 76

1              Attorneys' Eyes Only - Tarot

2          A.     And not by AFP.  AFP will just be a

3    distributor.

4          Q.     The name that appears first is the

5    distributor?

6          A.     I'm not sure which order it is.

7    Contractually it should be "Getty Images/AFP" --

8    (inaudible).

9              COURT REPORTER:  I'm sorry.  It

10         should be "Getty Images/AFP" --

11             MR. BAIO:  If the copyright is

12         owned by Getty Images.

13         Q.     Now if AFP's name appears first, does

14   that mean it's AFP's copyright?

15         A.     Well, if AFP owns the copyright, then

16   there is only one name, which is AFP.

17         Q.     And what if it says "AFP/Getty"; what

18   does that mean?

19         A.     It means that Getty is distributing

20   our images and that the copyright is owned by AFP.

21         Q.     I see.

22             So I am just going to use this as an

23   example and we will mark it as an exhibit, the

24   New York Times.

25             MS. HOFFMAN:  That's my newspaper.

80779061-5968-4cbb-9476-2a06df4141d7

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 77

1              Attorneys' Eyes Only - Tarot

2                   MR. BAIO:  This is going to be

3          Exhibit 3.

4                   (Tarot Exhibit 3, front page of the

5          New York Times dated 9/15/2011, marked for

6          identification.)

7          Q.     This is going to be Tarot 3.

8                   If you look at the image that appears

9    here on the first page at the extreme right column,

10   what does it say underneath that?

11         A.     It says, "Agence France Presse/Getty

12   Images."  So it means the images is owned by AFP and

13   distributed by Getty Images as our distributor in

14   the U.S.

15         Q.     And who was the photographer?

16         A.     An AFP photographer.

17         Q.     I see.  So if there is no name

18   afterward, that would mean that it's a photographer

19   of the first entity?

20         A.     Correct.

21         Q.     And the sequence is first entity is

22   the owner of the copyright and the second entity is

23   the distributor?

24         A.     Yes.

25         Q.     Is that your understanding?

80779061-5968-4cbb-9476-2a06df41d1d7

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 78

1                    Attorneys' Eyes Only - Tarot

2            A.      Correct.  And name of photographer

3    is --

4            Q.      Could be third?

5            A.      No.  There is never room to put the

6    name of the photographer.  On a photo like this

7    there is no way you can add a name.

8            Q.      I see.

9                    The name can be first, though?  That

10   is, the name of the photographer.

11           A.      Correct.  But usually you put the

12   name of the photographer when there is only one

13   entity.

14           Q.      One entity that is distributing the

15   image?

16           A.      No.  When there is a photographer

17   from an entity, you can have the name of the

18   photographer, slash, the entity.

19           Q.      I see.

20           A.      But not all clients follow that rule.

21                   MR. BAIO:  I have no further

22           questions, other than my concern that I

23           couldn't ask questions about certain of

24           the topics.

25                   MR. KAUFMAN:  Okay.  No questions.

80779061-5968-4cbb-9476-2a06df4141d7

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

AGENCE FRANCE PRESSE,

              Plaintiff,

    v.                                                              **Case No. 10-cv-2730 (WHP)**

DANIEL MOREL

              Defendant and Counterclaim
              Plaintiff,
    v.                                                              **ACKNOWLEDGMENT**

AGENCE FRANCE PRESSE,

              Counterclaim Defendant,
    And

GETTY IMAGES (US), INC., CBS BROADCASTING,
INC., ABC, INC., TURNER BROADCASTING, IND.
And (AFP and Getty Licensees does 1 – et al.)

              Third Party Counterclaim
              Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

I, GILLES TAROT, hereby certify that I have read the transcript of my testimony taken under oath in my deposition of September 15, 2011, that the transcript is a true, complete and correct record of my testimony, except for the corrections, if any, noted in the attached errata sheet, and that the answers on the record as given by me are otherwise true and correct.

                                           GILLES TAROT

Sworn and subscribed to before me
this 17 day of October, 2011.

Notary Public

**Colette D. Jackson**
Notary Public District of Columbia
My Commission Expires 10/31/15

## Gilles Tarot Deposition Corrections

P12 L15:  Answer should read: News use or news context. All the content is used in a news context, editorially.

P12 L22: "or" instead of "of" video producers.

P15 L21 "not" is missing, should read "...but you cannot instruct ..."

P20 the   "--"should be "Daniel Morel"

P28 L811-12   should be: There is not many photos on this website. There are just a few photos (as examples)

P29 L5  should be: There are not many photos on AFP.com so...

P33 L7  should read: No. and they would not.

P60 L6  should be "AP" instead of "AFP"

P60 L 8 should read:  but it might be a Reuter's photo or an AP photo.

P67 L10  should replace "supply" by "receive"

"All the News That's Fit to Print"

# The New York Times

**Late Edition**

Today, showers, a thunderstorm, not as warm as recent days, high 77. Tonight, clearing, breezy, cooler, low 60. Tomorrow, sunny, cool, high 66. Weather map is on Page A20.

VOL. CLX . No. 55,529    © 2011 The New York Times    NEW YORK, THURSDAY, SEPTEMBER 15, 2011    $2.00



**EXHIBIT** Tanger 3 9/15/2011 88

**Palestinians Ready for a Diplomatic Leap**
Israeli soldiers are preparing for Palestinian statehood demonstrations in the West Bank next week. On Wednesday, soldiers in Hebron let a Palestinian girl pass through their barbed wire. Peaceful rallies were called for in many Palestinian cities. Page A6.

## Islamists' Growing Sway Raises Questions for Libya

### Repressed by Qaddafi, Hard-Liners Emerge as Best-Organized Political Faction

By ROD NORDLAND and DAVID D. KIRKPATRICK

TRIPOLI, Libya — In the emerging post-Qaddafi Libya, the most influential politician may well be Ali Sallabi, who has no formal title but commands broad respect as an Islamic scholar and populist orator who was instrumental in leading the mass uprising.

The most powerful military leader is now Abdel Hakim Belhaj, the former leader of a hardline group once believed to be aligned with Al Qaeda.

The growing influence of Islamists in Libya raises hard questions about the ultimate character of the government and society that will rise in place of Col. Muammar el-Qaddafi's autocracy. The United States and Libya's new leaders say the Islamists, a well-organized group in a mostly moderate country, are sending signals that they are dedicated to democratic pluralism. They say there is no reason to doubt the Islamists' sincerity.

But as in Egypt and Tunisia, the latest upheaval of the Arab Spring deposed a dictator who had suppressed hard-core Islamists, and there are some worrisome signs about what kind of

government will follow. It is far from clear where Libya will end up on a spectrum of possibilities that range from the Turkish model of democratic pluralism to the muddle of Egypt to, in the worst case, the theocracy of Shiite Iran or Sunni models like the Taliban or even Al Qaeda.

Islamist militias in Libya receive weapons and financing directly from foreign benefactors like Qatar; a Muslim Brotherhood figure, Abdel al-Rajack Abu Hajar, leads the Tripoli Municipal Governing Council, where Islamists are reportedly in the majority; in eastern Libya, there has been no resolution of the assassination in July of the leader of the rebel military, Gen. Abdul Fattah Younes, suspected by some to be the work of Islamists.

Mr. Belhaj has become so much an insider lately that he is seeking to unseat Mahmoud Jibril, the American-trained economist who is the nominal prime minister of the interim government, after Mr. Jibril obliquely criticized the Islamists.

For an uprising that presented a liberal, Westernized face to the

*Continued on Page A8*

## On Way to Congress, Already Talking of Staying

### NEWS ANALYSIS

## Seeing Ripple In Jewish Vote

### Policies Toward Israel May Hurt Democrats

By MARK LANDLER

WASHINGTON — Not since Jimmy Carter in 1980 has a Democrat running for president failed to win a lopsided majority of the Jewish vote. This has been true during times of peace or war, and even when there has been deep acrimony between the White House and the Israeli government.

Republicans see a chance to change that in 2012, with President Obama locked in a tense relationship with Israel's leaders and criticized by many American Jews as being too tough on a close and favored ally. Tuesday's Republican upset in New York's Congressional election, they say, is a sign of bad things to come for the Democrats.

Sensing trouble, the Obama campaign and Democratic Party leaders have mobilized to solidify the president's standing with Jewish voters. The Democratic National Committee has established a Jewish outreach program. The campaign is singling out Jewish groups, donors and e-mails to counter the Republican narrative that Mr. Obama is hostile to Israel.

Among those efforts is a multi-

*Continued on Page A4*

By THOMAS KAPLAN and KATE TAYLOR

Bob Turner, who won a special election on Tuesday to succeed Anthony D. Weiner in Congress, emerged onto his porch in Rockaway Point, Queens, at 9:45 on Wednesday morning in a polo shirt and shorts and bare feet, still groggy from his victory party the night before.

"I thought my 15 minutes was over," Mr. Turner said as he bent down to pick up his newspaper.

But his moment is only beginning. On Wednesday night, at a gala Republican dinner in Manhattan, he was hailed as a hero by party leaders, who pulled out smartphones and digital cameras to pose with him, and who chanted "Turner! Turner! Turner!" as he rose to speak in a high-ceilinged ballroom. And on Thursday morning, he was scheduled to be sworn in at the United States Capitol as a 70-year-old Congressional freshman.

A retired television executive who helped create "The Jerry Springer Show," Mr. Turner now has only months to prove that he is more than a passing expres-

sion of anger by a piqued electorate whose congressman resigned after a scandal involving lewd online behavior. The district he will represent, New York's Ninth, was widely expected to be eliminated next year, Mr. Turner's election is forcing state lawmakers to rethink redistricting plans, and he says that, however they redraw the political map, he plans to fight to remain in Congress.

"People have said the district will disappear," he told reporters on Wednesday during a news

*Continued on Page A30*



Bob Turner, on his porch in Queens, a day after his upset victory in a Congressional race.

## In Rebuke to Iran's President, Courts Void Release of Hikers

By DAVID D. KIRKPATRICK

CAIRO — To pave the way for his annual visit to the United Nations, Iran's president, Mahmoud Ahmadinejad, announced with great fanfare this week the imminent release of two American hikers sentenced to eight years for espionage.

Not 24 hours later, Iran's courts issued a stinging public rebuke: they said he did not have the authority to free the prisoners.

The fate of the two American hikers remains uncertain, since the courts said they would review the defendants' application for bail. But the back and forth has delivered a blow to Mr. Ahmadinejad's already diminished standing at home, allowing his adversaries within Iran's system to undercut his credibility as he prepared to mingle with the heads of state and to court international news media at the General Assembly gathering next week.

"The conservatives are trying to establish the fact that Ahmadinejad is not their boss," said Vali Nasr, a professor at Tufts University and an expert in Iranian affairs. "He is a weakened president, and they are perfectly comple-

*Continued on Page A13*



A defeat for President Mahmoud Ahmadinejad of Iran.

## Austere Italy? Check the Traffic

By RACHEL DONADIO

COMITINI, Italy — With only 960 residents and a handful of roads, this tiny hilltop village in the arid, sulfurous hills of southern Sicily does not appear to have major traffic problems. But that does not prevent it from having one full-time traffic officer — and eight auxiliaries.

The auxiliaries, who earn a respectable $800 a month, or $1,100, to work 20 hours a week, are among about 64 Comitini residents employed by the town, the product of an entrenched job-for-votes system pervasive in Italian politics at all levels.

These uniforms, if they make traditionalists wince and sportswriters snicker, do seem to excite recruits and move younger fans to break out their credit cards. The Maryland Pride uniform was

*Continued on Page B17*

titini's economy is precisely what is strangling Italy's and other ailing economies throughout Europe. Public spending has driven up the public debt to 120 percent of gross domestic product, the highest percentage in the euro zone after Greece's. In recent weeks, concerns about Italy's solvency and the shaky finances of other deeply indebted European nations have sapped market confidence and spread fears about the stability of the euro itself.

On Wednesday, Italy's lower house of Parliament gave final passage to a $74 billion austerity package aimed at eliminating Italy's budget deficit by 2013. But analysts doubt that the measures — primarily tax increases but also cuts in aid to local governments, a higher retirement age for women in the private sector and a change in Italy's labor law to make it easier for companies to

*Continued on Page A3*

## There's an Exciting Clash on the Field. Oh, That's the Uniform.

By MIKE TANIER

The right side of the helmet was covered in a black and gold diagonal checkerboard pattern. The left side displayed a red and white cross. The patterns extended from the helmet to the shoulders, and some players accentuated them with similarly styled armbands.

The uniform suggested many things: a quilting bee enhanced by Jell-O shots, a team of jesters in the time of Lord George Calvert, a "Project Runway" challenge, or a high-fashion use of a state flag gone horribly wrong.

It was the University of Mary-

land's "Maryland Pride" football uniform, the latest in a trend of bold jersey and helmet designs that, depending on one's tastes, can be described as fashion-forward, garish or blindness-inducing. Perhaps for that reason, the jersey was not put on sale to the general public. No problem, really, for Maryland intends to use at least four other jerseys this season, all of which will be for sale.

For years, professional and college teams have been pushing the boundaries of taste and commercialism with their uniforms, prepared to abandon tradition in pursuit of consumer dollars. But this year the trend has become something of a frenzy, with uniforms changing week to week, and the apparel makers and universities becoming quite frank about what's at play.

"The trend in uniform design is more toward making costumes

for superheroes than uniforms for athletes," said Paul Lukas, athletic uniform reporter for ESPN and editor of the Web site Uni-Watch.com. Mr. Lukas is often critical of both noisy fashion statements and the manufacturers and universities that make them. "Last night a very foolish school and a very foolish company showed just how desperate for attention they are," he wrote about the Maryland game.



"Maryland Pride" on display.

---

**INTERNATIONAL A6-13**
**U.S. Blames Group for Attacks**
Officials said the siege of American and NATO sites in Kabul, Afghanistan, bore the hallmarks of the Pakistan-based Haqqani network. PAGE A6

**Colombia Ex-Spy Chief Jailed**
Jorge Noguera was sentenced to 25 years in prison for his role in the 2004 murder of a sociologist. PAGE A9

**NEW YORK A27-32**
**Bike-Share Operator Is Chosen**
New York City picked an Oregon company to operate its bike-share program, and pushed back the start date. PAGE A27

**NATIONAL A14-25**
**Turning Up Heat Over Loan**
Republicans released administration e-mails about a solar firm that got a federal loan and went bankrupt. PAGE A14

**NASA Rocket Aims Far**
NASA unveiled plans for a heavy-lift rocket that would allow it to push farther out into the solar system. PAGE A22

**ARTS C1-8**
**The Arts as Economic Engines**
Foundations, corporations and federal agencies have joined a new consortium to tie spare arts projects around the country as aids to development. PAGE C1

**BUSINESS DAY B1-11**
**A Breather in the Greek Crisis**
Greece vowed to keep its austerity promises, and France and Germany said they would stand behind the nation, calming the debt crisis for now. PAGE B1

**Auto Talks Go On**
Chrysler's Fiat and the United Automobile Workers to extend their contract as a midnight deadline passed. PAGE B1

**HOME D1-10**
**Sleep Like a Pro**
Some makers of sheets, pillows and mattresses say a midnight deployment marketing their products as fitness aids. PAGE D1

**SPORTSTHURSDAY B12-17**
**Mariano Rivera's Other Side**
The baseball world is turning its attention to Mariano Rivera as he approaches the major league record for saves in a career. But his teammates on the Yankees like to talk about a little-known side of their longtime closer — his quiet, but vital role as a respected team leader. PAGE B12

**EDITORIAL, OP-ED A34-35**
**Gail Collins** PAGE A35



**THURSDAY STYLES E1-20**
**The Pulse of Fashion Week**
While the shows march on at Lincoln Center, the event draws its energy from a young, downtown crowd. As one guest put it, they are eager "to be seen and to see what's new." PAGE E1