**EXHIBIT EE**

REDACTED

**From:** Peggy Porquet
**Sent:** Friday, January 15, 2010 12:09 PM
**To:** Anil Ramchand
**Cc:** Rita Rivera; Meredith Kamuda; Nathalie Pavlovsky
**Subject:** RE: Pictures by Daniel Morel credited Lisandro Suero on Getty Images

Sorry
Here is a better screen shot :

1

CONFIDENTIAL

COR 0951



**De :** Peggy Porquet
**Envoyé :** vendredi 15 janvier 2010 18:07
**À :** Anil Ramchand
**Cc :** Rita Rivera; Meredith Kamuda; Nathalie Pavlovsky
**Objet :** Pictures by Daniel Morel credited Lisandro Suero on Getty Images
**Importance :** Haute

2

CONFIDENTIAL                                                                                                    COR 0952

Anil, for the legal, Getty didn't removed the pictures credited by Lisandro Suero belonging to Daniel

http://www.gettyimages.com/Search/Search.aspx?contractUrl=2&language=en-US&family=editorial&assetType=image&p=lisandro%20suero%20haiti#



**Peggy Porquet**
**Senior Editor, News, EMEA**
peggy.porquet@corbis.com

**Corbis**
62, Rue de la Chaussée d'Antin
75009 Paris
France
Direct: + 33 1 53 33 37 13
Cell:    + 33 6 09 73 31 91
Fax:    + 33 1 53 33 38 03

This e-mail may contain information that is privileged, confidential and exempt from disclosure. If you are not the intended recipient, please do not distribute it. Please notify us immediately and delete all copies.
Thank you.

3

CONFIDENTIAL

COR 0953