# EXHIBIT FF

# EXHIBIT Q



**Angelina Jolie Visits Libya**
In This Photo: Angelina Jolie
(EDITORIAL USE ONLY) In this handout photo privided by UNHCR, actress and U.N. Goodwill Ambassador Angelina Jolie visits Libya to help agencies bringing aid to Libyans in Tripoli and Misrata on October 11, 2011 in Misrata, Libya. "I have come to Libya for a variety of reasons, to see a country in transition at every level and to witness efforts to fully realise the promise of the Arab Spring," Jolie said. "The country faces a host of challenges, including internally displaced people, refugees, rule of law, security, sanitation, education, health and other humanitarian needs. All of these pieces must be delivered and coordinated properly in an environment of reconciliation and justice." The two-day trip was Jolie's first to Libya, but she previously visited Libyan refugees in Malta and on the Italian island of Lampedusa in June, and went to Tunisia in April to appeal for international support for people fleeing the revolution there. Jolie is an ambassador for the United Nations refugee agency UNHCR and is expected to announce an expanded role soon. On her Libya trip, she met representatives from UNHCR, Medecins Sans Frontieres and local non-governmental organisations delivering assistance to Libyans in Misrata and Tripoli. (Photo by J Tanner/UNHCR via Getty Images)..(EDITORIAL USE ONLY) No commerical use. No Book Sales. Mandatory credit/byline. Not for sale for marketing or advertising campaigns. Image to be distributed exactly as supplied. No archive. Getty Images provides access to this publicly distributed image for editorial purposes and is not the copyright owner. Additional permissions may be required and are the sole responsibility of the end user.
( October 10, 20112011-10-10 16:00:00 - Photo by Handout/Getty Images AsiaPac)