# EXHIBIT A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Registration Number**

**VA 1-701-374**

Effective date of registration:

February 24, 2010

---

## Title

**Title of Work:** Haiti Earthquake - First Day January 12, 2010, Daniel Morel Photos
**Nature of Work:** 42 Digital Color Photographs

## Completion/Publication

**Year of Completion:** 2010
**Date of 1st Publication:** January 12, 2010  **Nation of 1st Publication:** United States

## Author

- **Author:** Daniel Morel
  **Author Created:** Photographs
  **Work made for hire:** No
  **Citizen of:** United States  **Domiciled in:** United States
  **Year Born:** 1951
  **Anonymous:** No  **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** Daniel Morel
426 Broome Street, New York, NY 10013

## Limitation of copyright claim

**Previously registered:** No

## Certification

**Name:** Daniel Morel
**Date:** February 18, 2010

Page 1 of 1

Copyright Office fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

# FORM VA
### For a Work of the Visual Arts
### UNITED STATES COPYRIGHT OFFICE



**REGISTRATION NUMBER**

VA          VAU

**EFFECTIVE DATE OF REGISTRATION**

Month       Day        Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**Title of This Work ▼**
Haiti Earthquake - First Day January 12, 2010, Daniel Morel Photos

**NATURE OF THIS WORK ▼** See instructions
42 Digital Color Photographs

**Previous or Alternative Titles ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

---

**2**

**NAME OF AUTHOR ▼**
a  Daniel Morel

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼
02/09/1951

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**Was this contribution to the work a "work made for hire"?**
☐ Yes
☑ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ___United States___
    { Domiciled in ___United States___

**Was This Author's Contribution to the Work**
Anonymous?   ☐ Yes  ☑ No
Pseudonymous? ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate boxes. **See Instructions**
☐ 3-Dimensional sculpture    ☐ Map              ☐ Technical drawing
☑ 2-Dimensional artwork      ☑ Photograph       ☐ Text
☐ Reproduction of work of art ☐ Jewelry design  ☐ Architectural work

**Name of Author ▼**
b

**Dates of Birth and Death**
Year Born ▼   Year Died ▼

**Was this contribution to the work a "work made for hire"?**
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
    { Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous?   ☐ Yes  ☐ No
Pseudonymous? ☐ Yes  ☐ No

**Nature of Authorship** Check appropriate boxes. **See Instructions**
☐ 3-Dimensional sculpture    ☐ Map              ☐ Technical drawing
☐ 2-Dimensional artwork      ☐ Photograph       ☐ Text
☐ Reproduction of work of art ☐ Jewelry design  ☐ Architectural work

---

**3**

**a  Year in Which Creation of This Work Was Completed**
2010  Year  ← This Information must be given in all cases.

**b  Date and Nation of First Publication of This Particular Work**
Complete this information ONLY if this work has been published.
Month January   Day 12   Year 2010
United States                                  ◄ Nation

---

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Daniel Morel
426 Broome Street, New York, NY 10013

**APPLICATION RECEIVED**

**ONE DEPOSIT RECEIVED**

**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

DO NOT WRITE HERE OFFICE USE ONLY

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

See instructions before completing this space.

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _____ pages

Δ π EXHIBIT 3
Deponent_____
Date 4/15/11  Rptr. MM
WWW.DEPOBOOK.COM

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
  Yes

FORM VA

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼         **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

No.

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

See instructions before completing this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼                    **Account Number** ▼

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Barbara Hoffman
The Hoffman Law Firm, 330 W. 72nd Street, New York, NY 10023

Area code and daytime telephone number  ( 212 ) 873-6200       Fax number  ( 212 ) 974-7245
Email

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶  ☒ author
                  ☐ other copyright claimant
                  ☐ owner of exclusive right(s)
                  ☐ authorized agent of _____
                    Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Daniel Morel                                                                Date  February 18, 2010

Handwritten signature (X) ▼
X _____

Certificate will be mailed in window envelope to this address:

Name ▼
Barbara Hoffman

Number/Street/Apt ▼
330 W. 72nd Street, #7B

City/State/ZIP ▼
New York, NY 10023

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8
**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material
**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev. June 2002—20,000   Web Rev. June 2002   ⊕ Printed on recycled paper                   U.S. Government Printing Office: 2000-461-113/20,021












