# EXHIBIT G



AFP000791