# EXHIBIT H

| | |
|---|---|
| From: | Vincent AMALVY <vamalvy@afp.com> |
| Sent: | Thursday, August 26, 2010 3:57 AM (GMT) |
| To: | Philippe MASSONNET <Philippe.Massonnet@afp.com> |
| Subject: | RE: Affaire Morel |

Hello Philippe,

Comme convenu ce matin voici les elements de reponse:

Dans la chaine de responsabilite, j' assume la totalite de ces choix et pour les raisons suivantes:

Point 1
A l' heure du tremblement de terre et dans les heures qui suivent, j' etais le seul reelement en prise directe avec cette situation tres particuliere de vide total (aucun contact / reponse cote AFP Haiti ) et l'apparition sur un site social de photos de qualite.

J' ai echange avec P Taillefer et M Eudes mon sentiment / feeling au fil de cette histoire et de la soiree ...mais au moment precis ou il faut "plonger", il en faut un pour prendre la responsabilite: c' est ce que j' ai fait et l' assume.

Les resultats (plays report) on fait le succes de l' Agence pendant les trois jours qui suivent la catastrophe

Le contexte
Le premier reflexe a ete bien sur de tenter de joindre / contacter selon les regles habituelle et classique de notre job ce ( au depart) Lisendro qui deviendra plus tard Morel. Pas de reponse.

Apres plusieurs heures, l' espoir de recevoir une prod AFP ou d' avoir un contact (photo ou texte ) est nul.
Sommes a poil sur un tremblement de terre qui s' annonce etre terrible ...peut etre plus encore.
Comme de nombreux confreres (NYT, AP, Rtrs ...) nous commençons a "piocher". J' ai reçu un phone de l' un des responsables editorial du NYT me demandant de ne pas utiliser certaines photos sur Twitter car "ils etaient les premiers a s' etre servi"....donc devenaient "exclusifs"...

Des regles empirique se mettent en place pour l' occasion. C' est une premiere dans le style.
Chaque agence "surveille " les autres pour savoir qui va commencer..... et c' est AP qui ouvre le feu en signant une photo Twitter...

J' ai longuement hesite avant de passer le cap mais a mon avis l' AFP ne pouvait pas etre totalement absente sur une catastrophe de cette envergure....et si nous devions y aller ...autant prendre les meilleures ....

De plus et surtout, le fait de mettre a disposition de photos en HAUTE DEFINITION signifiait clairement la volonte de montrer l'ampleur, temoiner et surtout ALERTER le monde sur cette tragedie.

Visiblement c' etait bien le cas de ceux qui ont "poste" ce soir la des photos....excepte Morel ....

Point 2
L' AFP a fait son boulot et nous etions nombreux (grand journaux/agences...) sur les sites sociaux a scanner et tenter de sauver la situation de nos boites.

AP a plonge, le NYT aussi, Rtrs a pioche via la video et le grabs, EPA a pioche chez Morel aussi.....

Il faut garder a l' esprit que cette situation etait une premiere et que depuis AP ou le NYT n' ont pas hésite a recommencer en particulier sur des affaires de terrorisme en utilisant Facebook ou autres .

Cela peut explique l' absence totale de polemique / edito/ commentaires... sur nos deboires de la part de ces confreres....et pour cause !


Je suis bien sur a disposition pour plus si necessaire .

AFP001026

On se reparle dans tous les cas en debut de semaine prochaine et tu peux bien sur me joindre sur mon cell
+1 202 413 7590

Vincent

---

From: Philippe MASSONNET
Sent: Tuesday, August 24, 2010 3:15 AM
To: Vincent AMALVY
Subject: Tr: Affaire Morel

Salut Vincent

J'espere que tes vacs sont ou ont ete bonnes. Les miennes courent jusqu'a dimanche.

Merci me donner de brefs elements de reponses sur la Partie A points 1 et 2.
A plus
Philippe

----- Message d'origine -----
De : ehoog@blackberry.orange.fr <ehoog@blackberry.orange.fr>
À : Philippe MASSONNET
Cc : Jean-Pierre VIGNOLLE; Sylvie VORMUS; Juliette HOLLIER-LAROUSSE
Envoyé : Tue Aug 24 07:23:27 2010
Objet : Affaire Morel

Philippe,
A- Dans cette affaire, je voudrais clairement comprendre 2 choses :
1- quelle est la chaîne précise de responsabilité au sein de l'agence ? Qui a fait quoi ? Qui n'a pas fait quoi ?
2- en quoi l'afp est plus engagée (ou moins, ou également ...) que les autres agences concurrentes. Ont elles commis les mêmes erreurs ? Ou pas ? Pourquoi ?

B- quelles sont les mesures prises et les consignes données pour que cela ne se reproduise pas ?
C- en terme de communication, y a t'il des actions envisagées et/ou envisageables ?

Merci sur les points A et B de me faire 1 écrit et de voir SV sur le point C.

Bonnes fins de vacances.
EH

AFP001027