UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK
-----------------------------------------------------------x
AGENCE FRANCE PRESSE,

           Plaintiff,

v.

DANIEL MOREL,

           Defendant,

v.

GETTY IMAGES, INC., ET AL.,

           Counterclaim
           Defendants
-----------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: FEB 15 2013

No. 10 Civ. 2730 (AJN)

**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL** ~~AND THE RIGHT TO ASSERT A CHARGING LIEN~~

After due consideration of the Motion to Withdraw as Counsel of record and lead counsel for Daniel Morel, Defendant Counterclaim Plaintiff, filed by the Hoffman Law Firm, it is hereby ORDERED that Barbara T. Hoffman and the Hoffman Law Firm ("Hoffman") is permitted to withdraw as counsel for Defendant Counterclaim Plaintiff Daniel Morel, ~~subject to and~~ without prejudice to any and all rights Hoffman has to a charging lien on any proceeds of this lawsuit. ~~including without limitation any attorney's fee and award pursuant to N.Y. Jud. Law §475, and any other applicable law or statute, including attorney's fees pursuant to the Copyright Act, 17 U.S.C. §505.~~

Dated: Feb 15, 2013

/s/ Alison J. Nathan
Alison J. Nathan
UNITED STATES DISTRICT JUDGE