**MEMO ENDORSED**


Davis Wright
Tremaine LLP

27th Floor
1633 Broadway
New York, NY  10019-6708

James Rosenfeld
212-603-6455 tel
212-489-8340 fax

jamesrosenfeld@dwt.com

May 28, 2013

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 2 9 2013

VIA EMAIL

Honorable Judge Alison J. Nathan
United States District Judge
Southern District of New York
500 Pearl Street, Room 615
New York, NY  10007

Re:  *AFP v. Daniel Morel*, Case No. 10-cv-2730 (AJN)

Dear Judge Nathan:

We write on behalf of all parties to this action in response to the Court's Order that the parties submit to the Court a proposed timeline for the submission of pretrial materials. The parties respectfully propose the following schedule: (a) all expert depositions to be completed on or before June 21, 2013; (b) all pre-trial submissions set forth in the Court's Individual Practices 5A-C and 3J to be submitted on or before July 19, 2013; and (c) any filings in opposition to motions *in limine* or to any legal argument in the pretrial memoranda to be submitted on or before August 2, 2013.

*So ordered*

Thank you very much for the Your Honor's attention to these matters.

Respectfully submitted,

James Rosenfeld

JR/lc
cc:  Joseph T. Baio, Esq.
     Joshua Kaufman, Esq.

So Ordered:

[signature]
5/29/13

DWT 22042545v1 0053349-000076

| Anchorage | New York | Seattle |
| Bellevue | Portland | Shanghai |
| Los Angeles | San Francisco | Washington, D.C. |

www.dwt.com