UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------

AGENCE FRANCE                                                      Docket Number: 10 CV 2730 (AJN)(FM)

       -against-                                                        NOTICE OF REASSIGNMENT

DANIEL MOREL
-------------------------------------------------------

       The above-entitled action is:

[ ] Reassigned to the Hon.
    [ ] Designated / [ ] Redesignated Hon.                   ,Magistrate Judge

[ ] Reassigned Referral to Hon.                                    ,Magistrate Judge

[X] Reassigned Designation to Hon. FRANK MAAS (FM),Magistrate Judge

All further documents submitted in this action must bear the Judge's initials after the docket number

.

                                                                                       Ruby J. Krajick
                                                                                    Clerk of Court

Dated: 05/30/2013                                         By:    PHYLLIS ADAMIK
                                                                                                Deputy Clerk