USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: MAY 3 0 2013

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

AGENCE FRANCE PRESSE,

                Plaintiff,

-v-

DANIEL MOREL, ET AL.,

                Defendants.

----------------------------------------------------------------X

10 Civ. 02730 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

By separate order, and at the parties' request, this case has been referred to a new magistrate judge for settlement. The parties are hereby ORDERED to schedule a settlement conference with Magistrate Judge Maas and to submit to the Court by June 7, 2013, a letter indicating when that conference will take place.

SO ORDERED.

Dated: May 3 , 2013
New York, New York

_____
ALISON J. NATHAN
United States District Judge