**MEMO ENDORSED**



Davis Wright
Tremaine LLP

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 1 0 2013
```

27th Floor
1633 Broadway
New York, NY 10019-6708

James Rosenfeld
212-603-6455 tel
212-489-8340 fax
jamesrosenfeld@dwt.com

June 7, 2013

**SO ORDERED:** 6/10/13

_____
HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE

**VIA EMAIL**

Honorable Judge Alison J. Nathan
United States District Judge
Southern District of New York
500 Pearl Street, Room 615
New York, NY 10007

Re:   *AFP v. Daniel Morel*, Case No. 10-cv-2730 (AJN)

Dear Judge Nathan:

Pursuant to your May 30, 2013 Order, we write on behalf of all parties to notify the Court that a mediation conference before Magistrate Judge Maas has been scheduled for July 8, 2013.

With this date in mind, Getty Images believes that it would be conducive to settlement to push back the dates for pretrial submissions so that the parties can focus on settlement in earnest. Accordingly, Getty Images respectfully proposes the following adjusted schedule: (a) all expert depositions to be completed on or before June 21, 2013; (b) all pre-trial submissions set forth in the Court's Individual Practices 5A-C and 3J to be submitted on or before August 2, 2013; and (c) any filings in opposition to motions *in limine* or to any legal argument in the pretrial memoranda to be submitted on or before August 9, 2013. Counsel for AFP and Daniel Morel have consented to this adjusted schedule.

Thank you very much for Your Honor's attention to these matters.

Respectfully submitted,

James Rosenfeld

JR/lc
cc:   Joseph T. Baio, Esq.
       Joshua Kaufman, Esq.

The parties' requested adjournment is GRANTED and SO ORDERED. **No further extensions will be granted**.

In addition, it is hereby ORDERED that the parties appear for a final pretrial conference in this matter on September 3, 2013, at 2:00PM in Courtroom 906 of the Thurgood Marshall U.S. Courthouse at 40 Foley Square, New York, New York. SO ORDERED

DWT 22106345v1 0053349-000076

Anchorage   New York       Seattle
Bellevue    Portland       Shanghai
Los Angeles San Francisco  Washington, D.C.