# THE HOFFMAN LAW FIRM

330 WEST 72ND STREET

NEW YORK, N.Y. 10023

TELEPHONE: 212 873 6200
FACSIMILE: 212 974 7245

BARBARA T. HOFFMAN
artlaw@hoffmanlaw.org

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/9/2013

MEMO ENDORSED

July 9, 2013

*Via facsimile only: (212) 805-6724*

Honorable Magistrate Judge Frank Maas
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

*[Handwritten endorsement:]* The case did not settle. Maas, USMJ, 7/9/13

Re: **Agence France Presse v. Daniel Morel, Case No. 10-cv-2730 (AJN) (FM)**

Dear Magistrate Judge Maas:

I am former counsel to Daniel Morel.

On May 4, 2013, in anticipation of settlement discussions, I wrote to the Court for the purpose of notifying the Court of my rights as an attorney who has withdrawn pursuant to N.Y. R.P.C. 1.16 (6)(3) based on my discharge by Mr. Morel without cause.

I understand from the docket sheet that counsel for the parties held settlement discussions yesterday. The purpose of this letter is respectfully, to inquire as to the status of the negotiations. Has there been a settlement? If not, will settlement discussions continue or is the matter to proceed to trial scheduled for September 16, 2013. This inquiry is for the purpose of knowing when to move to enforce my claims on the settlement or judgment amount.

An attorney discharged without cause has three remedies: the retaining lien, the charging lien and the plenary action in *quantum meriut*. These remedies are not exclusive, but cumulative *(Balestriere PLLC v Banx Corp, et al, 96 A.D. 3d 497, 947 N.Y.S. 2d 7, 2012 N.Y. App. Div. Lexis 4603) (1st Dept. 2000)*. The retaining lien has no application to these facts.

28 U.S.C §1367 provides federal judges with the power to exercise supplemental jurisdiction over these claims. The Second Circuit has ruled a federal court may exercise its supplemental jurisdiction over such claims as herein because the dispute relates to the main action. See *Itar-Tass Russian News Agency v Russion Kurier, Inc.140 F 3d 442 (444-49) (2d Cir 1998)*

A charging lien under New York Judiciary Law §475 ("Section 475") is properly enforced in federal court. Under plain language of Section 475, "a charging lien is against any judgement or settlement in favor of the client…" *Butler, Fitzgerald and Potter 235 A.D. 2d at 219.651 N.Y.S. 2d at 527.*

The Hoffman Law Firm

Page 2
Judge Frank Maas
July 9, 2013

Thank you in advance for your advice in this matter.

As I previously noted, I am available to provide the Court with any assistance I can.

Respectfully submitted,

Barbara Hoffman

Cc :  Joshua Kaufman, Esq. (via facsimile)

James Rosenfeld, Esq. (via facsimile)

Joseph Baio, Esq. (via facsimile)

# THE HOFFMAN LAW FIRM
The Penthouse
330 W 72 Street
New York, New York 10023

*Telephone: (212) 873-6200*      *Facsimile: (212) 974-7245*

## FACSIMILE TRANSMITTAL

**DATE:** July 9, 2013

**TO:**

| | |
|---|---|
| Honorable Magistrate Judge Frank Maas<br>United States District Court<br>Southern District of New York<br>500 Pearl Street<br>New York, NY 10007-1312<br>Fax: (212) 805-6724 | Joshua J. Kaufman, Esq.<br>Venable LLP<br>575 7th Street, NW<br>Washington, DC 20004<br>Fax: (202) 344-8300 |
| James Eric Rosenfeld, Esq.<br>Davis Wright Tremaine LLP<br>1633 Broadway<br>New York, NY 10019<br>Fax: (212) 489-8340 | Joeseph Baio, Esq.<br>Willkie Farr & Gallagher LLP<br>787 Seventh Avenue<br>New York, N.Y. 10019-6099<br>Fax: 212-728-9203 |

NO. OF PAGES (INCLUDING COVER PAGE)     3

### MESSAGE/SPECIAL INSTRUCTIONS:

Please see attached letter.

NOTE: This message is intended only for the use of the individual or entity to whom it is addressed and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the U.S. Postal Service. Thank you.