UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X

AGENCE FRANCE PRESSE,

              Plaintiff,

          -v.-

DANIEL MOREL,

              Defendant,

          -v.-

GETTY IMAGES, INC., ET AL.,

              Counterclaim
              Defendants

-------------------------------------------------------------- X

10-CV-2730 (AJN) (FM)

ECF CASE

**PROPOSED JOINT
PRETRIAL REPORT**

      Defendant and Counterclaim Plaintiff Daniel Morel ("Morel"), Plaintiff/Counterclaim

Defendant Agence France Presse ("AFP"), and Counterclaim Defendant Getty Images (US), Inc.

("Getty Images") hereby jointly set forth various matters concerning the issues, documents and

witnesses to be presented at trial of this matter before the Honorable Alison J. Nathan:

**I.      Full Caption of the Action**

      The full caption of the action, 10 Civ. 2730 (AJN)(FM), is set forth above.

**II.     Trial Counsel**

*Counsel for Morel:*        Joseph T. Baio
                           Emma J. James
                           Teri Seigal

                           WILLKIE FARR & GALLAGHER LLP
                           787 Seventh Avenue
                           New York, New York 10019-6099
                           Telephone: (212) 728-8000
                           Fax: (212) 728-8111

| | |
|---|---|
| *Counsel for AFP:* | Joshua J. Kaufman |
| | Meaghan H. Kent |
| | Elissa B. Reese |
| | |
| | VENABLE LLP |
| | 575 7th Street, N.W. |
| | Washington, DC 20004-1601 |
| | Telephone: (202) 344-4000 |
| | Fax: (202) 344-8300 |
| *Counsel for Getty Images:* | Marcia B. Paul |
| | James Rosenfeld |
| | Deborah Adler |
| | Samuel M. Bayard |
| | |
| | DAVIS WRIGHT TREMAINE LLP |
| | 1633 Broadway 27th floor |
| | New York, New York 10019 |
| | Telephone:  (212) 489-8230 |
| | Fax: (212) 489-8340 |

**III.    Subject Matter Jurisdiction**

The parties agree that the Court has subject matter jurisdiction in this action.

**IV.    Summary of Claims and Defenses to Be Tried**

Attached hereto as Exhibit A is a summary of the claims and defenses to be tried in this

action,  prepared in accordance with the Court's Individual Practices in Civil Cases, Rule 5.A.iv.

**V.    Jury Trial**

Mr. Morel has demanded a jury trial of all issues, and AFP and Getty Images accept Mr.

Morel's demand for a jury trial.  Trial in this matter is expected to take 4-6 days.  The parties

have not consented to trial of the case by a magistrate judge.  The parties do not consent to less

than a unanimous verdict.

**VI.     Stipulations**

Attached hereto as Exhibit B is a list of statements of fact and law that the parties agree are true and correct, and that the Court may consider conclusively established, without further proof, for the purposes of this action only.

**VII.     Witnesses**

Attached as Exhibits C and D are the parties' respective lists of trial witnesses, prepared in accordance with the Court's Individual Practices in Civil Cases, Rule 5.A.viii.

**VIII.     Deposition Testimony**

Attached hereto as Exhibit E and F are charts containing designations by each party of deposition testimony to be offered in its case in chief and any counter-designations and objections by any opposing party, prepared in accordance with the Court's Individual Practices in Civil Cases, Rule 5.A.ix.

**IX.     Exhibit Lists**

Exhibits G and H, attached hereto, constitute, respectively, the lists of exhibits that Mr. Morel and Counterclaim Defendants expect to offer in their cases-in-chief and objections by any opposing party, prepared in accordance with the Court's Individual Practices in Civil Cases, Rule 5.A.x.

**X.     Damages**

Mr. Morel submits the following statement of damages claimed and other relief sought in accordance with the Court's Individual Practices in Civil Cases, Rule 5.A.xi.:

    A.     Damages sought by Mr. Morel against Counterclaim Defendants AFP and Getty Images under the Copyright Act for willful copyright infringement, willful contributory copyright infringement and willful vicarious copyright infringement:

        1.     Actual damages in an amount to be determined by the jury; or

2.      Statutory damages in the amount of $150,000 per work infringed ($1,200,000 in total), jointly and severally.

B.      Damages sought by Mr. Morel against Counterclaim Defendants AFP and Getty Images under § 1203(c) of the DMCA for violations of DMCA § 1202(a) – False Copyright Management Information:

1.      Actual damages in an amount to be determined by the jury; or

2.      Statutory Damages in the amount of $25,000 per violation, for up to 527 violations (up to $13,175,000 in total), to be determined by the jury.

C.      Damages sought by Mr. Morel against Counterclaim Defendants AFP and Getty Images under § 1203(c) of the DMCA for violations of DMCA § 1202(b) – Removal Or Alteration Of Copyright Management Information:

1.      Actual damages in an amount to be determined by the jury; or

2.      Statutory Damages in the amount of $25,000 per violation, for up to 527 violations (up to $13,175,000 in total), to be determined by the jury.

D.      Attorneys' Fees and litigation expenses, in an amount to be determined, pursuant to 17 U.S.C. § 505 and 17 U.S.C. 1203(b)(4) and (5).

Counterclaim Defendants reserve the right to seek prevailing party attorney's fees and litigation expenses, in an amount to be determined, pursuant to 17 U.S.C. § 505 and 17 U.S.C. § 1203(b)(4) and (5) and/or as a consequence of a rejected offer of judgment.

## XI.    Joint and Competing Requests to Charge

Attached as Exhibit I are the parties' joint and competing requests to charge, prepared in accordance with the Court's Individual Practices in Civil Cases, Rule 5D.

**XII.     Joint and Competing Proposed *Voir Dire* Questions**

Attached as Exhibit J are the parties' joint and competing proposed *voir dire* questions, prepared in accordance with the Court's Individual Practices in Civil Cases, Rule 5D.

**XIII.    Proposed Verdict Forms**

The parties were unable to agree to a joint proposed verdict form.  Attached as Exhibits K and L are the parties' respective proposed verdict forms, prepared in accordance with the Court's Individual Practices in Civil Cases, Rule 5.D.

Dated:  New York, New York
        September 20, 2013

**AGREED:**


/s/_____        /s/_____
Joseph T. Baio                              Joshua J. Kaufman
Emma J. James                               Meaghan H. Kent
Teri Seigal                                 Elissa B. Reese

WILLKIE FARR & GALLAGHER LLP                VENABLE LLP
787 Seventh Avenue                          575 7th Street, N.W.
New York, New York 10019-6099               Washington, DC 20004-1601
Telephone: (212) 728-8000                   Telephone: (202) 344-4000
Fax: (212) 728-8111                         Fax: (202) 344-8300

*Attorneys for Defendant and*               *Attorneys for Plaintiff and Counterclaim*
*Counterclaim Plaintiff Daniel Morel*       *Defendant Agence France Press*


                                            /s/_____
                                            Marcia B. Paul
                                            James Rosenfeld
                                            Deborah Adler
                                            Samuel M. Bayard

                                            DAVIS WRIGHT TREMAINE LLP
                                            1633 Broadway 27th floor
                                            New York, New York 10019
                                            Telephone:  (212) 489-8230

                                            *Attorneys for Defendant*
                                            *Getty Images (US), Inc.*