Your Honor
we HAve ReAched
A Verdict

COURT EXHIBIT # _____ 11__

DATE: 11/22/13
TIME: 2:10 pm
CASE: 10 - cv - 2730 (AJN)