```
                                    DATE:    11/22/13
                                    TIME:    2:12pm
UNITED STATES DISTRICT COURT        CASE:    10-cv-02730 (AJN)
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X
DANIEL MOREL,                                   :
                                                :
                    Plaintiff,                  :
       -v-                                      :
                                                :        10 Civ. 2730 (AJN)
AGENGE FRANCE PRESSE and                        :
GETTY IMAGES, INC.,                             :
                                                :
                    Defendants.                 :
------------------------------------------------X
```

**SUPPLEMENTAL VERDICT FORM**

**Clarification of Verdict with Respect to DMCA Damages Awards**

In your responses to Questions 8 and 11, you indicated that there were no violations committed by either (a) AFP acting alone or (b) Getty Images acting alone. However, in your responses to Questions 13, 18, and 19, you assigned damages amounts to those Defendants acting alone.

Is it correct that the violations you found were, in fact, committed by both Defendants acting together? If so, is it correct that you intended to award $20,000 TOTAL against both Defendants jointly and severally for those violations? Or is it your intention to award a TOTAL of $40,000?

Check the space next to the option that you intended.

  a. $20,000 TOTAL, jointly and severally: ✓

  b. $40,000 TOTAL: ____

**After completing the form, each juror who agrees with this verdict must sign this page:**

_____
Foreperson

_____

_____

_____

_____

_____

_____

Date: 11/22/13

3