USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 09 2016

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Agence France Presse,

        Plaintiff,

–v–

Daniel Morel,

        Defendant,
        Counterclaim Plaintiff.

–v–

Getty Images, Inc., et al.,

        Counterclaim Defendants.

---

10-cv-2730 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    On May 6, 2016, Defendant and Counterclaim Plaintiff Daniel Morel filed a motion for release of funds deposited in court registry. Dkt. No. 409. Any opposition to the motion shall be due no later than May 20, 2016, and any reply shall be due no later than May 27, 2016.

    SO ORDERED.

Dated: May 9, 2016
       New York, New York

                                      _____
                                      ALISON J. NATHAN
                                      United States District Judge